IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LANA MCCARTY                                                    PLAINTIFF

v.                              No. 3:25-cv-198-DPM

DEPARTMENT OF HUMAN SERVICES                      DEFENDANT

## ORDER

1.      McCarty's application to proceed *in forma pauperis, Doc. 1,* is granted.  She reports living on fixed retirement income.

2.      The Court must screen McCarty's complaint, *Doc. 2.* 28 U.S.C. § 1915(e)(2).  She says DHS discriminated against her because of her age, race, and disability.  McCarty had a total knee replacement and suffers from advanced osteoarthritis.  She says DHS wouldn't accommodate her disability, placed her on a performance improvement plan, and forced her to retire with a significantly reduced pension. McCarty helpfully attached her right-to-sue letter from the EEOC.

McCarty has stated a plausible failure-to-accommodate claim under the Americans with Disabilities Act.  She mentions discrimination based on race and age but provides no supporting factual details.  Those claims are dismissed without prejudice. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  Her ADA claim proceeds.

3.      The Clerk must issue summons for the Arkansas Department of Human Services, and deliver it, along with a copy of the

complaint and this Order to the United States Marshal, who is directed to serve process on ADHS Director Janet Mann, or any other agent authorized to receive service at the ADHS, without prepayment of fees. The Marshal must complete service by certified mail, restricted delivery, return receipt requested.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

7 october 2025