IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LANA MCCARTY                                                                 PLAINTIFF

v.                                   No. 3:25-cv-198-DPM

DEPARTMENT OF HUMAN SERVICES                                 DEFENDANT

ORDER

McCarty's motion to appoint counsel, *Doc. 5*, is denied without prejudice. The case is young; and the law and facts are not so complex as to warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

17 October 2025