IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LANA MCCARTY                                                                           PLAINTIFF

v.                              No. 3:25-cv-198-DPM

DEPARTMENT OF HUMAN SERVICES                                           DEFENDANT

ORDER

The Court understands but denies Lana McCarty's motion to seal, *Doc. 7*. Insofar as practicable, this Court's business should be done in public. *IDT Corp. v. eBay*, 709 F.3d 1220, 1222-23 (8th Cir. 2013). Some sensitive information must be redacted prior to filing. Fed. R. Civ. P. 5.2(a). McCarty and the Department of Human Services may also propose a protective order to keep private information confidential during discovery. But an understandable preference to keep all personal health matters private is insufficient to overcome the public's interest in open access to the Court's record. McCarty has put her health issues in dispute. But the Court and the parties should also strive to speak in general terms whenever possible.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 October 2025