IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LANA MCCARTY                                                          PLAINTIFF

v.                              No. 3:25-cv-198-DPM

DEPARTMENT OF HUMAN SERVICES                        DEFENDANT

ORDER

McCarty hasn't responded to the Department's motion to dismiss, *Doc. 9*, and her time to do so has passed. If McCarty wants to be heard, she must respond by 13 January 2026 and give good reasons for her belated response. Otherwise, the Court will rule on the current papers.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 December 2025