# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

LANA MCCARTY                                             PLAINTIFF

v.                          No. 3:25-cv-198-DPM

DEPARTMENT OF HUMAN SERVICES                DEFENDANT

## ORDER

McCarty has sued the Arkansas Department of Human Services. She claims that her former employer failed to accommodate her disability (under Title I of the ADA) and retaliated against her (under Title V of the ADA) by forcing her to retire with a reduced pension. She asks for $750,000 in damages. The Court screened her *pro se* complaint as stating a plausible failure-to-accommodate claim. DHS, a state agency, moves to dismiss both claims based upon its sovereign immunity. McCarty moves to amend.

DHS is correct: Title I of the ADA wasn't a valid abrogation of state sovereign immunity. *Board of Trustees of the University of Alabama v. Garrett*, 531 U.S. 356, 374 (2001). McCarty is therefore barred from recovering money damages on her failure-to-accommodate claim. She might be entitled to injunctive relief. Her retaliation claim, however, requires more ventilation. The Supreme Court hasn't decided if Congress validly abrogated the states' sovereign immunity through Title V. *E.g., Doc. 14 at 11–13* in *Martin v. Arkansas Department*

*of Health,* No. 4:22-cv-809-KGB (E.D. Ark. 29 September 2023).  But, the Court need not address that unresolved constitutional question if McCarty's retaliation claim fails for some other reason.  *Lors v. Dean,* 746 F.3d 857, 864 (8th Cir. 2014).  The Court needs more information to evaluate this claim.  McCarty must therefore file an amended complaint with specific details about the alleged retaliatory conduct and who at DHS retaliated against her.

McCarty also seeks to add claims for injunctive relief.  Here again, the Court needs more information.   In her amended complaint, McCarty must state what injunctive relief she seeks and the state official she seeks to enjoin.  The official must be named as a defendant in her amended complaint.

*

DHS's motion to dismiss, *Doc. 9,* is partly granted and mostly denied without prejudice. McCarty's motion to amend, *Doc. 14,* is granted as specified.  Her amended complaint is due by 12 June 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2026
_____

–2–